UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DOUGLAS ROJAS, | Case No. EDCV 07-0749-PA(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| FNU ADAMS, WARDEN, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the Third Amended Petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: May 20, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

R&Rs\07-0749.jud
3/23/10